UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>D. CASTANO, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-00045-BAM PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $350.00 FILING FEE IN FULL<br><br>(ECF Nos. 1, 6) |

Plaintiff Raymond Alford Bradford ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 11, 2013. On April 2, 2013, the Court found that Plaintiff was subject to 28 U.S.C. § 1915(g) and was precluded from proceeding in forma pauperis in this action. The Court ordered Plaintiff to pay the filing fee within fourteen days or this action would be dismissed without prejudice. (ECF No. 6.)

Plaintiff did not respond to the Court's order. Indeed, more than twenty-five days have passed since service of the Court's order and Plaintiff has failed to pay the filing fee as ordered by the Court. As a result, this action shall be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This action is DISMISSED WITHOUT PREJUDICE to refiling with the submission of the $350.00 filing fee in full; and

1

2. All pending motions are terminated.

IT IS SO ORDERED.

Dated:   **May 1, 2013**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE